U.S. District Court   Clarksburg, West Virginia

Timothy Adams
          vs   Plaintiff
State of West Virginia
Joe Manchin III, Governor
St. Marys Correctional Center
Jim Rubenstein, Commissioner
                    Respondants

**FILED**
DEC 1 2 2006
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

### Notice of Intent To File 1983 Civil Action Law Suit

Comes Now the Plantiff, Timothy Adams, Do hereby Certify and Say:

① That I am the Plantiff in the Above Said Matter.
② The Respondants are the Respondants in the Above Said Matter.
③ The Respondants did unlawfully violate My equal Protection rights.
④ Respondants did unlawfully violate My 9th Amendment right.

IN support of Plantiff's Notice of intent, Plantiff do assert the following:

The Year of 2005 While incarcerated at St. Marys Correctional Center. 2880 N. Pleasants Hwy. St. Marys West Virginia 26170.

I was Classified at a Low Level of Security. I was Classified as a 2 (Two) Full Outside Clearance but was refused to be sent to a work release Center Nor was I able to be Part of a road Crew due to Me having a Sex Charge, It is a known fact this facility lets Murderers and other Crimes against this State to work outside the gate.

Case Manager (Bob Parker) He Stated that he did not Care if My Crime was with a 17 Year old, or with a 7 Year old, he Stated Sex offenders are the Worst Crime that Could be Made. He Stated as long as he was in the D.O.C. I would not work outside, even if I did file against it and win. He Stated that it is Discrimination, and that No one will Care. He Stated No one will take My side due to being a Convicted Sex offender. (Pat Marandy) Associate Warden of Programs Stated if I did not Stop filing on this that there would be Seriou Reprocussions, also Stated Sex offenders will always re-offend.

         Tim Adams
         Timothy Adams
         Plaintiff

Sworn To, in The Absent of a Notary, That The Above Notice and Contents Therein Are True and Correct, on This 20th day of Nov 2006

         Tim Adams
         Plaintiff

2 of 2